HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

GLEN THOMAS STEWART,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. C18-1621-RAJ

ORDER DISMISSING ACTION

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, plaintiff's Motion to Withdraw Civil Complaint (Dkt. #9), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint, and this action, are **DISMISSED**. Plaintiff's claims under 18 U.S.C. §§ 241 and 242 are **DISMISSED** with prejudice, and plaintiff's claims under 42 U.S.C. §§ 1985 and 1986 are **DISMISSED** without prejudice;

(3) Plaintiff's Motion to Withdraw Civil Complaint (Dkt. #9) is **DENIED** as moot;

ORDER – 1

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 10th day of January, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2